An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| UNIVERSAL CONSULTING CORPORATION, D/B/A A-1 CONCRETE CUTTING & DEMOLITION, Appellant, vs. NORVIC DEMOLITION, INC., A NEVADA CORPORATION, Respondent. | No. 65570 |

**FILED**

SEP 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' August 29, 2014, stipulation to dismiss this appeal, with each party to bear its own fees and costs, is approved. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K Lindeman_

cc: Hon. Carolyn Ellsworth, District Judge
Thomas J. Tanksley, Settlement Judge
Parnell & Associates
Wright Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-29557